|   |   |
|---|---|
| | Reset Form |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

ANNIE CHANG, TIGER CHANG INVESTMENTS, LLC, ASIANS INVESTING IN REAL ESTATE, LLC, MELANIE GONZALES, GARY GONZALES, and G&M YOU-NIQUE PROPERTY LLC, Individually and On Behalf of All Others Similarly Situated,

        Plaintiff(s),

  v.

WELLS FARGO BANK, N.A.,

        Defendant(s).

Case No: 19-cv-01973

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Jonathan Gardner, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Eve Cervantez (SBN 164709), an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Labaton Sucharow LLP<br>140 Broadway, New York, NY 10005 | Altshuler Berzon LLP, 177 Post Street, Suite 300, San Francisco, CA 94108 |
| MY TELEPHONE # OF RECORD:<br>(212) 907-0700 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 421-7151 |
| MY EMAIL ADDRESS OF RECORD:<br>jgardner@labaton.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>ecervantez@altber.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 2384394.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 04/24/19

                                                      Jonathan Gardner
                                                      APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jonathan Gardner is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 4/30/2019

                                                 *Haywood S. Gilliam Jr.*
                                  UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                                             *October 2012*

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, Ruby J. Krajick, Clerk of this Court, certify that

**JONATHAN GARDNER**, Bar # **JG8512**

was duly admitted to practice in this Court on

**OCTOBER 15th, 1991**, and is in good standing as a member of the Bar of this Court.

Dated at 500 Pearl Street
New York, New York    on    **OCTOBER 26th 2018**

Ruby J. Krajick          by
Clerk                         Deputy Clerk