|  |  |
|---|---|
|  | Reset Form |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Annie Chang, Tiger Chang Investments, LLC, Asians Investing in Real Estate, LLC, Melanie Gonzales, Gary Gonzales, and G&M You-Nique Property LLC, Individually and On Behalf of All Others Similarly Situated,
Plaintiff(s),

v.

WELLS FARGO BANK, N.A.,
Defendant(s).

Case No: 4:19-cv-01973-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Mark S. Goldman, an active member in good standing of the bar of Pennsylvania, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Eve Cervantez (SBN 164709), an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Goldman Scarlato & Penny PC, 161 Washington Street, Suite 1025, Conshohocken, PA 19428 | Altshuler Berzon LLP, 177 Post Street, Suite 300 San Francisco, CA 94108 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (484) 342-0700 | (415) 421-7151 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| goldman@lawgsp.com | ecervantez@altber.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 48049.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 04/19/19

Mark S. Goldman
APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Mark S. Goldman is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 5/2/2019

Haywood S. Gill Jr.
UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Mark S. Goldman, Esq.*

DATE OF ADMISSION

*December 15, 1986*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal
Dated: April 16, 2019**

*Patricia Johnson*

Patricia A. Johnson
Chief Clerk