Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNIE CHANG, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> WELLS FARGO BANK, N.A., <br><br> Defendant(s). | Case No: 4:19-cv-01973 <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, Nellie Hestin, an active member in good standing of the bar of Pennsylvania, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Wells Fargo Bank, N.A. in the above-entitled action. My local co-counsel in this case is David Powell, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| McGuireWoods LLP, 260 Forbes Avenue, Suite 1800, Pittsburgh, P A15222 | McGuireWoods LLP, Two Embarcadero Center, Suite 1300, San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (412) 667-7909 | (415) 844-1970 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| nhestin@mcguirewoods.com | dpowell@mcguirewoods.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 311788.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 05/03/19

Nellie Hestin
APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Nellie Hestin is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 5/21/2019

*Haywood S. Gill Jr.*
UNITED STATES DISTRICT/ ~~MAGISTRATE~~ JUDGE



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Nellie Elisabeth Hestin, Esq.*

**DATE OF ADMISSION**

*November 14, 2011*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: July 11, 2018

*Patricia Nicola*

Patricia A. Nicola
Chief Clerk