**MCGUIREWOODS LLP**
David C. Powell SBN #129781
dpowell@mcguirewoods.com
Carolee Anne Hoover SBN #282018
choover@mcguirewoods.com
Aaron R. Marienthal SBN #273154
amarienthal@mcguirewoods.com
Two Embarcadero Center
Suite 1300
San Francisco, CA 94111-3821
Telephone: 415.844.9944
Facsimile: 415.844.9922

Attorneys for Defendant Wells Fargo Bank, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNIE CHANG, TIGER CHANG INVESTMENTS, LLC, ASIANS INVESTING IN REAL ESTATE, LLC, MELANIE GONZALES, GARY GONZALES, and G&M YOU-NIQUES PROPERTY LLC, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | CASE NO. 4:19-cv-01973-HSG<br><br>[PROPOSED] ORDER GRANTING DEFENDANT WELLS FARGO BANK, N.A.'S UNOPPOSED MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>*Honorable Haywood S. Gilliam Jr.* |

# ~~[PROPOSED]~~ **ORDER**

Based on the filed briefs, and good cause appearing therefor, the Court Orders as follows:

1. The July 19, 2019 Initial Case Management Conference hearing shall be continued to coincide with the currently scheduled Motion to Dismiss hearing scheduled for October 24, 2019 and the deadline for the Joint Case Management Statement shall be fourteen (14) days prior.

**IT IS SO ORDERED.**

DATED:   6/20/2019

*[signature]*
Honorable Haywood S. Gilliam, Jr.
U.S. District Judge

2
~~[PROPOSED]~~ ORDER GRANTING DEFENDANT WELLS FARGO BANK, N.A.'S ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE