| | |
|---|---|
| ALTSHULER BERZON LLP | MCGUIREWOODS LLP |
| EVE H. CERVANTEZ (164709) | DAVID C. POWELL (129781) |
| ecervantez@altshulerberzon.com | dpowll@mcguirewoods.com |
| 117 Post Street, Suite 300 | CAROLEE ANNE HOOVER (282018) |
| San Francisco, CA 94108 | choover@mcguirewoods.com |
| Telephone (415) 421-7151 | AARON R. MARIENTHAL (273154) |
| Facsimile: (415) 362-8064 | amarienthal@mcguirewoods.com |
| | Two Embarcadero Center, Suite 1300 |
| *Counsel for Plaintiffs* | San Francisco, CA 94111-3821 |
| | Telephone: (415) 844-9944 |
| (Additional Counsel for Plaintiffs Appear on Signature Page) | Facsimile: (415) 844-9922 |

MCGUIREWOODS LLP
K. ISSAC DEVYVER, *Pro Hac Vice*
kdevyver@mcguirewoods.com
NELLIE HESTIN, *Pro Hac Vice*
nhestin@mcguirewoods.com
260 Forbes Avenue, Suite 1800
Telephone: (412) 667-7909
Facsimile: (412) 667-7993

*Counsel for Defendant*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| ANNIE CHANG, TIGER CHANG INVESTMENTS, LLC, ASIANS INVESTING IN REAL ESTATE, LLC, MELANIE GONZALES, GARY GONZALES, and G&M YOU-NIQUE PROPERTY, LLC, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> WELLS FARGO BANK, N.A., <br><br> Defendant. | Civil Action No. 4:19-cv-01973-HSG <br><br> **CLASS ACTION** <br><br> **JOINT STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS PURSUANT TO L.R. 6-2; [PROPOSED] ORDER** <br><br> N.D. Civil L.R. 6-2 <br><br> Hearing Date: October 24, 2019 <br> Time: 2:00 p.m. <br> Place: Courtroom 2 <br> Judge: Hon. Haywood S. Gilliam, Jr. |

Plaintiffs Annie Chang, Tiger Chang Investments, LLC, Asians Investing in Real Estate, LLC, Melanie Gonzales, Gary Gonzales, and G&M You-Niques Property LLC (collectively, "Plaintiffs") and Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), and by and through their counsel of record, hereby stipulate as follows:

1. WHEREAS, on May 8, 2019, an Order was entered approving a schedule that called for Wells Fargo to file its Motion to Dismiss the initial complaint filed in this matter on June 10, 2019 ("the Order");

2. WHEREAS, on June 10, 2019, Wells Fargo filed its Motion to Dismiss the initial complaint;

3. WHEREAS, the Order called for Plaintiffs to file their Opposition to Wells Fargo's Motion to Dismiss on July 10, 2019 and for Wells Fargo to file its Reply on July 25, 2019;

4. WHEREAS, the parties met and conferred on July 2, 2019 and agreed to extend Plaintiffs' deadline to respond to the Motion to Dismiss from July 10, 2019 to July 17, 2019, and to extend Wells Fargo's deadline to file its Reply from July 25, 2019 to August 1, 2019;

5. WHEREAS, the hearing on Defendants' Motion to Dismiss is now scheduled for October 24, 2019;

WHEREFORE, the Parties hereby agree that Plaintiffs' deadline to file an Opposition to Wells Fargo's motion to dismiss is extended to July 17, 2019 and Wells Fargo's deadline to file a Reply is extended to August 1, 2019.

Dated: July 3, 2019

Respectfully submitted,

ALTSHULER BERZON LLP

By: /s/ Eve Cervantez
      Eve Cervantez

GOLDMAN SCARLATO & PENNY, P.C.
Mark S. Goldman (*pro hac vice*)
Paul J. Scarlato (*pro hac vice*)
Alan L. Rosca (*pro hac vice*)

LABATON SUCHAROW LLP
Jonathan Gardner (*pro hac vice*)
Alfred L. Fatale (*pro hac vice*)
Ross M. Kamhi (*pro hac vice*)

*Attorneys for Plaintiffs, Individually and on behalf of all others similarly situated.*

| | | |
|---|---|---|
| 1 | Dated: July 3, 2019 | MCGUIREWOODS LLP |
| 2 | | By: /s/ K. Issac Devyver |
| 3 | | K. Issac Devyver |
| 4 | | David C. Powell |
| | | Carolee Anne Hoover |
| 5 | | Aaron R. Marienthal |
| | | Nelie Hestin (*pro hac vice*) |
| 6 | | |
| 7 | | *Attorneys for Defendant Wells Fargo Bank, N.A.* |

**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS PURSUANT TO L.R. 6-2**
*Annie Chang, et al v. Wells Fargo Bank, N.A., Case No. 4:19-cv-01973-HSG*

**<u>Signature Attestation</u>**

I attest that all signatories listed above, and on whose behalf this Stipulation is submitted, have concurred in and authorized the filing of this Stipulation.

Dated: July 3, 2019						Altshuler Berzon LLP

							By:     /s/ Eve Cervantez
								Eve Cervantez

**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS PURSUANT TO L.R. 6-2**
*Annie Chang, et al v. Wells Fargo Bank, N.A., Case No. 4:19-cv-01973-HSG*

**[Proposed] Order**

Pursuant to Stipulation, and good cause appearing, it is so ordered.

Dated: 7/5/2019         By: *Haywood S. Gilliam Jr.*
                             Honorable Haywood S. Gilliam Jr.

5
**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS PURSUANT TO L.R. 6-2**
*Annie Chang, et al v. Wells Fargo Bank, N.A., Case No. 4:19-cv-01973-HSG*