UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Annie Chang et al., <br><br> Plaintiff(s) <br> v. <br> Wells Fargo Bank, N.A., <br><br> Defendant(s) | CASE No  4:19-cv-01973-HSG <br><br> STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☐ **Mediation** (ADR L.R. 6)

☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

☒ **Private ADR** (*specify process and provider*)
The parties selected private ADR and will jointly select a mediator.

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

☒ other requested deadline: December 1, 2020

Date: 5/7/2020      Eve H. Cervantez
                    Attorney for Plaintiff

Date: 5/7/2020      K. Issac deVyver
                    Attorney for Defendant

☒ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE: 5/8/2020     *Haywood S. Gilliam Jr.*
                   U.S. DISTRICT/~~MAGISTRATE~~ JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 1-15-2019*