Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ANNIE CHANG, TIGER CHANG INVESTMENTS, LLC, ASIANS INVESTING IN REAL ESTATE, LLC, MELANIE GONZALES, GARY GONZALES, and G&M YOU-NIQUE PROPERTY LLC, Individually and On Behalf of All Others Similarly Situated, | ) ) ) ) ) ) ) ) ) ) ) | Case No: 4:19-cv-01973-HSG **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER** (CIVIL LOCAL RULE 11-3) |
|---|---|---|
| Plaintiff(s), v. WELLS FARGO BANK, N.A., Defendant(s). | | |

I, Theodore J. Hawkins, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Eve Cervantez (SBN 164709), an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Labaton Sucharow LLP 140 Broadway, New York, NY 10005 | Altshuler Berzon LLP, 177 Post Street, Suite 300, San Francisco, CA 94108 |
| MY TELEPHONE # OF RECORD: (212) 907-0700 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (415) 421-7151 |
| MY EMAIL ADDRESS OF RECORD: thawkins@labaton.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: ecervantez@altber.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4915906.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 05/05/20

Theodore J. Hawkins
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Theodore J. Hawkins is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 5/12/2020

*Haywood S. Gilliam Jr.*
UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

__THEODORE  JEFFREY  HAWKINS__, Bar # __TH8885__

was duly admitted to practice in the Court on

__August 16, 2012__

and is in good standing as a member of the Bar of this Court

Dated at  500 Pearl St.  On  __October 30, 2019__
New York, New York

__Ruby J. Krajick__  By  *Allyson Eames*
Clerk of Court  Deputy Clerk