Jonathan Gardner (*pro hac vice*)
Christine M. Fox (*pro hac vice*)
Ross M. Kamhi (*pro hac vice*)
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
jgardner@labaton.com
cfox@labaton.com
rkamhi@labaton.com

*Counsel for Plaintiffs and the Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| ANNIE CHANG, TIGER CHANG INVESTMENTS, LLC, ASIANS INVESTING IN REAL ESTATE, LLC, MELANIE GONZALES, GARY GONZALES, and G&M YOU-NIQUE PROPERTY, LLC, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No.: 4:19-cv-01973-HSG<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR THEODORE J. HAWKINS TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFFS AND TO TERMINATE ECF NOTIFICATIONS** |

The Court, having considered the unopposed motion of Plaintiffs Annie Chang, Tiger Chang Investments, LLC, Asians Investing in Real Estate, LLC, Melanie Gonzales, Gary Gonzales, and G&M You-Nique Property LLC ("Plaintiffs") for Theodore J. Hawkins, formerly of Labaton Sucharow LLP, to Withdraw as Counsel of Record for Plaintiffs and to Terminate ECF Notifications, is of the opinion that it should be, and is hereby, GRANTED.

It is therefore ORDERED that Theodore J. Hawkins, formerly of Labaton Sucharow LLP, be withdrawn as counsel of record for Plaintiffs and ECF notifications to Mr. Hawkins are to be terminated in connection with this case.

1 | SO ORDERED.

2 | Dated: November 18, 2020

3

4 |                       JUDGE HAYWOOD S. GILLIAM, JR.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING UNOPPOSED MOTION FOR THEODORE J. HAWKINS TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFFS AND TO TERMINATE ECF NOTIFICATIONS
CASE NO.: 4:19-CV-01973-HSG

2