**MCGUIREWOODS LLP**
David C. Powell SBN #129781
dpowell@mcguirewoods.com
Carolee Anne Hoover SBN #282018
choover@mcguirewoods.com
Two Embarcadero Center
Suite 1300
San Francisco, CA 94111-3821
Telephone: 415.844.9944
Facsimile: 415.844.9922

**MCGUIREWOODS LLP**
K. Issac deVyver, *Pro Hac Vice*
kdevyver@mcguirewoods.com
Nellie Hestin, *Pro Hac Vice*
nhestin@mcguirewoods.com
260 Forbes Avenue
Suite 1800
Pittsburgh, PA 15222
Telephone: 412.667.7909
Facsimile: 412.667.7993

Attorneys for Defendant Wells Fargo Bank, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNIE CHANG, TIGER CHANG INVESTMENTS, LLC, ASIANS INVESTING IN REAL ESTATE, LLC, MELANIE GONZALES, GARY GONZALES, and G&M YOU-NIQUE PROPERTY LLC, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | CASE NO. 4:19-cv-01973-HSG<br><br>**STIPULATION AND ORDER TO EXTEND STAY OF LITIGATION**<br>**(as modified)** |

Defendant Wells Fargo Bank, N.A. ("Defendant") and Plaintiffs Annie Chang, Tiger Chang Investments, LLC, Asians Investing in Real Estate, LLC, Melanie Gonzales, Gary Gonzales, and G&M You-Nique Property LLC (collectively, "Plaintiffs"), herein referred to collectively as the "Parties," hereby stipulate pursuant to Civil Local Rule 6-2 and provide good cause as follows:

### RECITALS

WHEREAS, on February 3, 2022, the Court entered an Order staying all pending deadlines and hearing dates for ninety (90) days, until May 3, 2022, in anticipation of a settlement and forthcoming motion for preliminary approval (ECF 123);

WHEREAS, the Parties have exchanged drafts of the settlement agreement and continue to negotiate terms of settlement;

WHEREAS, the Parties agree that additional time will be needed to negotiate settlement terms, finalize the settlement agreement, and draft and file a motion for preliminary approval;

WHEREAS, the Court continuing the stay will not prejudice any Party, as all Parties are stipulating to the proposed extension;

NOW THEREFORE, undersigned counsel for the Parties, having met and conferred and good cause appearing, hereby stipulate and agree to the extend the stay in this case by forty-five (45) days.

### STIPULATION AND [PROPOSED] ORDER

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Wells Fargo through their respective undersigned counsel that:

1. The stay of litigation will be continued for an additional forty-five (45) days, ending on June 17, 2022;

2. This stipulation is without prejudice to the rights, claims, arguments, and defenses of the Parties; and

3. All other signatories listed, and on whose behalf the filing is submitted, concur with the content of this stipulation and have authorized the filing.

**IT IS SO STIPULATED**.

DATED: April 29, 2022         **MCGUIREWOODS LLP**

By: /s/ *K. Issac deVyver*
   David C. Powell
   Carolee Anne Hoover
   Two Embarcadero Center
   Suite 1300
   San Francisco, CA 94111
   Telephone: (415) 844-9944
   Facsimile: (415) 844-9922

   K. Issac deVyver (*pro hac vice*)
   Nellie Hestin (*pro hac vice*)
   260 Forbes Avenue
   Suite 1800
   Pittsburgh, PA 15222
   Telephone: (412) 667-7909
   Facsimile: (412) 667-7993

   *Attorneys for Defendant*

DATED: April 29, 2022         **GOLDMAN SCARLATO & PENNY P.C.**

By: /s/ *Alan L. Rosca*
   Mark S. Goldman (Pro Hac Vice)
   Paul J. Scarlato (Pro Hac Vice)
   8 Tower Bridge, Suite 1025
   161 Washington Street
   Conshohocken, PA  19428
   Telephone (484)342-0700

   Eve H. Cervantez
   ALTSHULER BERZON LLP
   117 Post Street, Suite 300
   San Francisco, CA  94108
   Tel: (415) 421-7151
   Facsimile: (415) 362-8064

   Alan L. Rosca (Pro Hac Vice)
   GOLMAN SCARLATO & PENNY P.C.
   23250 Chagrin Blvd., Suite 100
   Beachwood, OH  44122
   Telephone: (484)342-0700

|   |   |
|---|---|
| 1 | Jonathan Gardner (Pro Hac Vice) |
|   | Christine M. Fox. (Pro Hac Vice) |
| 2 | LABATON SUCHAROW LLP |
|   | 140 Broadway |
| 3 | New York, NY  10005 |
|   | Telephone: (212) 907-0700 |
| 4 | Facsimile ( 212) 818-0477 |
|   | jgardner@labaton.com |
| 5 | cfox@labaton.com |

*Attorneys for Plaintiffs, Individually and on behalf of all others similarly situated.*

**IT IS SO ORDERED.**  The Court sets a telephonic case management conference at 2:00 p.m. on May 10, 2022.  All counsel shall use the following dial-in information to access the call:  Dial-In:  888-808-6929/Passcode:  6064255.

DATED:  5/2/2022

_____
Honorable Haywood S. Gilliam, Jr.
United States District Judge