UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANNIE CHANG, et al.,

        Plaintiffs,

v.

WELLS FARGO BANK, N.A.,

        Defendant.

Case No. 19-cv-01973-HSG

**ORDER SETTING SETTLEMENT APPROVAL SCHEDULE**

Re: Dkt. No. 137

The Court adopts the Parties' proposed settlement approval schedule, Dkt. No. 137, and **SETS** the following deadlines:

| Event | Deadline |
| --- | --- |
| Deadline for Settlement Administrator to mail Notice to Class Members | February 8, 2023 |
| Filing deadline for attorneys' fees and costs motion | April 4, 2023 |
| Filing deadline for incentive payment motion | April 4, 2023 |
| Deadline for Class Members to opt-out or object to settlement and/or application for attorneys' fees and costs and incentive payment | May 9, 2023 |
| Filing deadline for final approval motion | June 8, 2023 |
| Final fairness hearing and hearing on motions | July 13, 2023, at 2:00 p.m. |

**IT IS SO ORDERED.**

Dated: 1/25/2023

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge