1  **MCGUIREWOODS LLP**
   David C. Powell SBN #129781
2  dpowell@mcguirewoods.com
   Jenny Yi SBN #314541
3  jyi@mcguirewoods.com
   Two Embarcadero Center
4  Suite 1300
   San Francisco, CA  94111-3821
5  Telephone:  415.844.9944
   Facsimile:  415.844.9922
6
   **MCGUIREWOODS LLP**
7  K. Issac deVyver, *Pro Hac Vice*
   kdevyver@mcguirewoods.com
8  Nellie Hestin, *Pro Hac Vice*
   nhestin@mcguirewoods.com
9  260 Forbes Avenue
   Suite 1800
10 Pittsburgh, PA 15222
   Telephone:  412.667.7909
11 Facsimile:  412.667.7993

12
   Attorneys for Defendant Wells Fargo Bank, N.A.
13

14            **UNITED STATES DISTRICT COURT**

15            **NORTHERN DISTRICT OF CALIFORNIA**

16

17 | ANNIE CHANG, TIGER CHANG INVESTMENTS, LLC, ASIANS INVESTING IN REAL ESTATE, LLC, MELANIE GONZALES, GARY GONZALES, and G&M YOU-NIQUES PROPERTY LLC, Individually and On Behalf of All Others Similarly Situated, | CASE NO. 4:19-cv-01973-HSG |
| --- | --- |
|  | **AMENDED STIPULATED FINAL JUDGMENT** |

   Plaintiff,

        vs.

   WELLS FARGO BANK, N.A.,

        Defendant.

28

---

AMENDED STIPULATED FINAL JUDGMENT

1    Plaintiffs Annie Chang, Tiger Chang Investments, LLC, Asians Investing in Real Estate,
2  LLC, Melanie Gonzales, Gary Gonzales, and G&M You-Niques Property LLC, (together,
3  "Plaintiffs") and Defendant Wells Fargo Bank, N.A. ("Wells Fargo") (collectively, the "Parties"),
4  by and through their undersigned counsel, hereby agree and stipulate that based on the papers filed
5  with the Court, presentations made to the Court by the Parties, the Final Approval Order [Dkt. 147],
6  and the November 14, 2023 Order [Dkt. 149] the following Amended Final Judgment be entered:

7                         **STIPULATED FINAL JUDGMENT**

8  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

9    1.    All findings in the Court's Final Approval Order [Dkt. 147] shall be incorporated in
10  this Judgment.

11    2.    **Definitions**. This Judgment incorporates by reference the definitions in the Settlement
12  Agreement and Release ("Agreement"), and all capitalized terms used, but not defined herein, shall
13  have the same meanings as in the Agreement.

14    3.    **No Merits Determination**. By entering this Order, the Court does not make any
15  determination as to the merits of this case.

16    4.    **Dismissal with Prejudice**. Final Judgment is hereby entered with respect to the
17  Released Claims of all Settlement Class Members, and the Released Claims in the Action are hereby
18  dismissed in their entirety with prejudice and without costs. All claims in the Action are dismissed,
19  and the case shall be closed pursuant to Paragraph 9 of this Order.

20    5.    **Releases**. The releases as set forth in Section 10 of the Agreement together with the
21  definitions in Sections 1.1-1.44 relating thereto are expressly incorporated herein in all respects and
22  made effective by operation of this Judgment. The Court hereby approves and enters as Final
23  Judgment the release provisions as contained and incorporated in Section 10 of the Agreement,
24  including but not limited to the definitions of Released Claims, Releasors, Releasees and Unknown
25  Claims. The Releasors shall be deemed to have, and by operation of this Judgment shall have, fully,
26  finally, and forever released, relinquished, and discharged all Released Claims (including Unknown
27  Claims) against the Releasees.

28    6.    **Permanent Injunction**. The Releasors, including the Class Representatives and all

1<br>AMENDED STIPULATED FINAL JUDGMENT

1  Settlement Class Members, and anyone claiming through or on behalf of any of them, are forever

2  barred and enjoined from filing, commencing, maintaining, prosecuting, intervening in, participating

3  in (as class members or otherwise), or pursuing directly, representatively, or in any other capacity

4  any Released Claim subsumed and covered by the Release in the Agreement in any court or

5  arbitration forum. The Releasors further are forever barred and enjoined from organizing Class

6  Members, or soliciting the participation of Class Members, in a separate class for purposes of

7  pursuing any action (including by seeking to amend a pending complaint or counterclaim to include

8  class allegations, or seeking class certification in a pending action in any jurisdiction) based on or

9  relating to any of the Released Claims against any of the Releasees.

10       7.      **Continuing Jurisdiction**. Without affecting the finality of this Judgment in any way,

11 this Court hereby retains continuing jurisdiction over the administration, consummation,

12 enforcement, and interpretation of the Agreement, the Final Judgment, and for any other necessary

13 purpose, including to ensure compliance with the Protective Order entered in this Action.

14       8.      **Entry of Final Judgment**. There is no just reason for delay in the entry of this Order

15 and Final Judgment and immediate entry by the Clerk of the Court is hereby directed.

16       9.      **Action Closed**. The Clerk of the Court is hereby directed to close the Action.

17 / / /

18 / / /

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

AMENDED STIPULATED FINAL JUDGMENT

1  DATED: November 17, 2023               **MCGUIREWOODS LLP**

2
                                          By:    */s/ Jenny Yi*
3                                                David C. Powell
                                                 Jenny Yi
4                                                Two Embarcadero Center
                                                 Suite 1300
5                                                San Francisco, CA 94111
                                                 Telephone: (415) 844-9944
6                                                Facsimile: (415) 844-9922

7
                                                 K. Issac deVyver (pro hac vice)
8                                                Nellie Hestin (pro hac vice)
                                                 260 Forbes Avenue
9                                                Suite 1800
                                                 Pittsburgh, PA 15222
10                                               Telephone: (412) 667-7909
                                                 Facsimile: (412) 667-7993
11

12                                               Attorneys for Defendant

13                                        **ROSCA SCARLATO LLC**

14
                                          By:    */s/ Paul J. Scarlato*
15                                               Paul J. Scarlato (pro hac vice)
                                                 161 Washington Street, Suite 1025
16                                               Conshohocken, PA  19428
                                                 Telephone (216) 946-7070
17

18                                               Eve H. Cervantez
                                                 ALTSHULER BERZON LLP
19                                               117 Post Street, Suite 300
                                                 San Francisco, CA  94108
20                                               Tel: (415) 421-7151
                                                 Facsimile: (415) 362-8064
21

22                                               Alan L. Rosca (pro hac vice)
                                                 ROSCA SCARLATO LLC
23                                               2000 Auburn Drive, Suite 200
                                                 Beachwood, OH  44122
24                                               Telephone: (216) 946-7070

25                                               Attorneys for Plaintiffs and the Class

26

27 **IT IS SO ORDERED.**

28 Date:_____               By:_____
                                              Honorable Haywood S. Gilliam, Jr.

AMENDED STIPULATED FINAL JUDGMENT

1

**ATTESTATION**

I attest that all signatories listed above, and on whose behalf this Stipulated Final Judgement is submitted, have concurred with and authorized the filing thereof.


*/s/ Jenny Yi*
Jenny Yi

ATTESTATION

1

## CERTIFICATE OF SERVICE

2      I, Jenny Yi, certify that on November 17, 2023, the foregoing document entitled

3  **AMENDED STIPULATED FINAL JUDGMENT** was filed electronically in the Court's ECF;

4  thereby upon completion the ECF system automatically generated a "Notice of Electronic Filing"

5  as service through CM/ECF to registered e-mail addresses of parties of record in the case.

6

7                                    */s/ Jenny Yi*
                                     Jenny Yi
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE