**MCGUIREWOODS LLP**
David C. Powell SBN #129781
dpowell@mcguirewoods.com
Jenny Yi SBN #314541
jyi@mcguirewoods.com
Two Embarcadero Center
Suite 1300
San Francisco, CA  94111-3821
Telephone:  415.844.9944
Facsimile:  415.844.9922

**MCGUIREWOODS LLP**
K. Issac deVyver, *Pro Hac Vice*
kdevyver@mcguirewoods.com
Nellie Hestin, *Pro Hac Vice*
nhestin@mcguirewoods.com
260 Forbes Avenue
Suite 1800
Pittsburgh, PA 15222
Telephone:  412.667.7909
Facsimile:  412.667.7993

Attorneys for Defendant Wells Fargo Bank, N.A.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNIE CHANG, TIGER CHANG INVESTMENTS, LLC, ASIANS INVESTING IN REAL ESTATE, LLC, MELANIE GONZALES, GARY GONZALES, and G&M YOU-NIQUES PROPERTY LLC, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | CASE NO. 4:19-cv-01973-HSG<br><br>**AMENDED STIPULATED FINAL JUDGMENT** |

Plaintiffs Annie Chang, Tiger Chang Investments, LLC, Asians Investing in Real Estate, LLC, Melanie Gonzales, Gary Gonzales, and G&M You-Niques Property LLC, (together, "Plaintiffs") and Defendant Wells Fargo Bank, N.A. ("Wells Fargo") (collectively, the "Parties"), by and through their undersigned counsel, hereby agree and stipulate that based on the papers filed with the Court, presentations made to the Court by the Parties, the Final Approval Order [Dkt. 147], and the November 14, 2023 Order [Dkt. 149] the following Amended Final Judgment be entered:

## STIPULATED FINAL JUDGMENT

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. All findings in the Court's Final Approval Order [Dkt. 147] shall be incorporated in this Judgment.

2. **Definitions**. This Judgment incorporates by reference the definitions in the Settlement Agreement and Release ("Agreement"), and all capitalized terms used, but not defined herein, shall have the same meanings as in the Agreement.

3. **No Merits Determination**. By entering this Order, the Court does not make any determination as to the merits of this case.

4. **Dismissal with Prejudice**. Final Judgment is hereby entered with respect to the Released Claims of all Settlement Class Members, and the Released Claims in the Action are hereby dismissed in their entirety with prejudice and without costs. All claims in the Action are dismissed, and the case shall be closed pursuant to Paragraph 9 of this Order.

5. **Releases**. The releases as set forth in Section 10 of the Agreement together with the definitions in Sections 1.1-1.44 relating thereto are expressly incorporated herein in all respects and made effective by operation of this Judgment. The Court hereby approves and enters as Final Judgment the release provisions as contained and incorporated in Section 10 of the Agreement, including but not limited to the definitions of Released Claims, Releasors, Releasees and Unknown Claims. The Releasors shall be deemed to have, and by operation of this Judgment shall have, fully, finally, and forever released, relinquished, and discharged all Released Claims (including Unknown Claims) against the Releasees.

6. **Permanent Injunction**. The Releasors, including the Class Representatives and all

Settlement Class Members, and anyone claiming through or on behalf of any of them, are forever barred and enjoined from filing, commencing, maintaining, prosecuting, intervening in, participating in (as class members or otherwise), or pursuing directly, representatively, or in any other capacity any Released Claim subsumed and covered by the Release in the Agreement in any court or arbitration forum. The Releasors further are forever barred and enjoined from organizing Class Members, or soliciting the participation of Class Members, in a separate class for purposes of pursuing any action (including by seeking to amend a pending complaint or counterclaim to include class allegations, or seeking class certification in a pending action in any jurisdiction) based on or relating to any of the Released Claims against any of the Releasees.

7. **Continuing Jurisdiction**. Without affecting the finality of this Judgment in any way, this Court hereby retains continuing jurisdiction over the administration, consummation, enforcement, and interpretation of the Agreement, the Final Judgment, and for any other necessary purpose, including to ensure compliance with the Protective Order entered in this Action.

8. **Entry of Final Judgment**. There is no just reason for delay in the entry of this Order and Final Judgment and immediate entry by the Clerk of the Court is hereby directed.

9. **Action Closed**. The Clerk of the Court is hereby directed to close the Action.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1   DATED: November 17, 2023                **MCGUIREWOODS LLP**

2
                                            By:    _/s/ Jenny Yi_____
3                                                  David C. Powell
                                                   Jenny Yi
4                                                  Two Embarcadero Center
                                                   Suite 1300
5                                                  San Francisco, CA 94111
                                                   Telephone: (415) 844-9944
6                                                  Facsimile: (415) 844-9922

7
                                                   K. Issac deVyver (pro hac vice)
8                                                  Nellie Hestin (pro hac vice)
                                                   260 Forbes Avenue
9                                                  Suite 1800
                                                   Pittsburgh, PA 15222
10                                                 Telephone: (412) 667-7909
                                                   Facsimile: (412) 667-7993
11

12                                                 Attorneys for Defendant

13                                          **ROSCA SCARLATO LLC**

14
                                            By:    _/s/ Paul J. Scarlato_____
15                                                 Paul J. Scarlato (pro hac vice)
                                                   161 Washington Street, Suite 1025
16                                                 Conshohocken, PA  19428
                                                   Telephone (216) 946-7070
17

18                                                 Eve H. Cervantez
                                                   ALTSHULER BERZON LLP
19                                                 117 Post Street, Suite 300
                                                   San Francisco, CA  94108
20                                                 Tel: (415) 421-7151
                                                   Facsimile: (415) 362-8064
21

22                                                 Alan L. Rosca (pro hac vice)
                                                   ROSCA SCARLATO LLC
23                                                 2000 Auburn Drive, Suite 200
                                                   Beachwood, OH  44122
24                                                 Telephone: (216) 946-7070

25                                                 Attorneys for Plaintiffs and the Class

26

27  **IT IS SO ORDERED.**

28  Date: ___11/17/2023_____         By: _Haywood S. Gilliam Jr._
                                             Honorable Haywood S. Gilliam, Jr.

                                    3
                    AMENDED STIPULATED FINAL JUDGMENT